```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 3/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL VENTURES INTERNATIONAL,

       Plaintiff,

  -against-

THE REPUBLIC OF ARGENTINA,

       Defendant.

Case No. 06 Civ. 207 (TPG)

**ORDER**

  Upon the application of Chadbourne & Parke LLP to withdraw as counsel for specially appearing interested non-parties Arauca BIT AFJP S.A., Consolidar AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., and Unidos S.A. AFJP in the above-captioned matter and to be replaced as counsel by the Law Offices of Christopher E. Chang, and based on the Declaration of Oliver J. Armas, sworn to February 20, 2009, it is hereby

  ORDERED, that: (1) the application of Chadbourne & Parke LLP to withdraw as counsel is hereby granted; and (2) Chadbourne & Parke LLP is hereby replaced as counsel by the Law Offices of Christopher E. Chang.

           /s/ Thomas P. Griesa
           Hon. Thomas P. Griesa

3/3/09